# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Liborio Saavedra,**  
   Debtor.

Case No.:  15−50761−MJK  
Judge:  Michele J. Kim  
Chapter:  13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

*IT IS ORDERED THAT:*

M. Elaina Massey is discharged as trustee of the estate of the above−named debtor and the bond is canceled; and the case of the above debtor is closed.

                         Michele J. Kim,  
                         United States Bankruptcy Judge  
                         801 Gloucester St, Rm 314  
                         Brunswick, GA 31520

Dated: April 6, 2020

*B272 [07/14]*